IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | Case No. |
| v. | § § | |
| THOMAS GERARD REITZ, | § § | |
| Defendant. | § § | |

## ORDER

This matter coming before the Court on Motion for Special or *Pro Hac Vice* Admission Pursuant to LR 83.1(B) and, it appearing that sufficient reason exists for the granting thereof, the Motion is hereby **GRANTED**.

It is hereby **ORDERED** that, upon payment of the fee required by Local Rule 83.1(B), attorney Wilmer Parker of Gillen Parker & Withers LLC, in Atlanta, Georgia, is admitted as lead counsel for the Defendant in this matter.

The Honorable Carl Horn, III
United States Magistrate Judge