IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

3:07CR~~453~~ 21-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | ORDER |
| v. ) | FOR LIS PENDENS |
| ) | |
| THOMAS GERAD REITZ ) | |

WHEREAS, the defendant has pled guilty to mail and wire fraud and money laundering and the United States, by and through Special Agent Dan Lucero of the Federal Bureau of Investigation, has presented an affidavit to the Court alleging that certain real property located in Cherokee County, Alabama, was involved in and/or was the proceeds of such criminal activity; and,

WHEREAS, the Court, having reviewed the affidavit, finds that there is probable cause to believe that the property is traceable to proceeds of mail fraud and/or wire fraud and/or was involved in money laundering; and,

WHEREAS, upon this finding of probable cause, the property may be subject forfeiture to the United States pursuant to 18 U.S.C. §981, and the government is entitled to record a lis pendens to give public notice of the government's forfeiture interest and potential civil and/or criminal forfeiture claim against the property;

THEREFORE, the United States is directed forthwith to file a lis pendens with the appropriate state or local public depository to prevent the flight or transfer of the property so that the United States may proceed to adjudicate forfeiture of the property;

This the 22 day of March, 2007.

_____
UNITED STATES MAGISTRATE JUDGE