UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07cr21

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| THOMAS G. REITZ | ) | |

This matter is before the Court on the government's motion (Doc. No. 33) to amend the preliminary Order of forfeiture filed November 28, 2007 (Doc. No. 26), to reflect the correct amount of funds actually received from a Swiss bank account instead of the estimated amount that was originally stated in the Order, as follows:

> h.  The sum of approximately $20,000,000 initially seized from the following account at UBS AG, Zurich, Switzerland, with any interest due (3:06mj453):
>
> | Name on Account | Account Number |
> |---|---|
> | Reitz Group, Inc. | 9070 |

(Doc. No. 26: Order at 3).  The government has represented that the exact amount of $21,105,270.24 was received by the U.S. Marshals Service from this account on or about January 24, 2008.

**IT IS, THEREFORE, ORDERED** that the preliminary order is amended to state the foregoing item as follows:

> h.  The sum of $21,105,270.24 seized and recovered from the following account at UBS AG, Zurich, Switzerland, (3:06mj453):
>
> | Name on Account | Account Number |
> |---|---|
> | Reitz Group, Inc. | 9070 |

Signed: March 11, 2008

Robert J. Conrad, Jr.
Chief United States District Judge