UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07cr21

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| THOMAS G. REITZ | ) | |

This matter is before the Court on the government's motion to amend the preliminary order of forfeiture filed herein on November 28, 2007, to add one additional asset, which is to be forfeited as substitute property for a corresponding amount of the $6 million money judgment provided in the preliminary order. (Doc. No. 37). The government represents that defendant has consented to the amendment.

As set forth in government's motion, it appears from the record that the requirements of the substitute property statute are satisfied. Specifically, most of the $6 million "cannot be located upon the exercise of due diligence, has been transferred to . . . a third party, [or] has been placed beyond the jurisdiction of the court . . . ." See 21 U.S.C. § 853(p)(1)(A) - (C).

**IT IS THEREFORE ORDERED** that the preliminary order is amended to add the following language at the end of ¶2: The defendant is also ordered to forfeit the sum of $181,822.17 from the sale of defendant's residence at 5755 Common Lane, Alpharetta, Georgia.

Signed: April 3, 2008

Robert J. Conrad, Jr.
Chief United States District Judge